CHARLES DeMARTINO, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents.

Submitted January 12, 2009; decided February 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion to seal denied as unnecessary (*see* Rules of Ct of Appeals [22 NYCRR] § 500.5 [b]).

Chief Judge LIPPMAN taking no part.